IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RUBEN RAMIREZ,**

        Plaintiff,

  v.

**COMMISSIONER SOCIAL SECURITY ADMINISTRATION,**

        Defendant.

Case No. 3:21-cv-00169-MO

JUDGMENT

**MOSMAN, J.,**

Based upon the Order of the Court [ECF 36] it is ordered and adjudged that the Commissioner's decision is AFFIRMED, and this case is DISMISSED with prejudice.

DATED this 15th day of March, 2022.

                                                                           MICHAEL W. MOSMAN
                                                                           United States District Judge

1 – JUDGMENT